**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VNET GROUP, INC. SECURITIES LITIGATION | Case No. 1:23-cv-11187-DEH<br><br>**<u>CLASS ACTION</u>**<br><br>Honorable Dale E. Ho |

**NOTICE OF MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all prior proceedings in this case, Lead Plaintiff Wong Tan ("Lead Plaintiff") and Additional Plaintiff, Michael Semerak (collectively, "Plaintiffs") will move this Court to issue under its seal and signature the accompanying Request for International Assistance – Letter of Request (Exhibit A to the accompanying Declaration of Christopher Tourek) on behalf of Plaintiffs to obtain documents from the following third party:

Bold Ally (Cayman) Limited
c/o Walkers Corporate Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9008
Cayman Islands

For the reasons set forth in the accompanying supporting Memorandum of Law, Plaintiffs respectfully request that the Court issue the accompanying Request for International Assistance – Letter of Request pursuant to 28 U.S.C. § 1781(b)(2) compelling the above-listed entity to produce documents so that Plaintiffs can receive evidence before the close of fact discovery. Plaintiffs

understand that the Defendants VNET Group, Inc., Josh Sheng Chen, Jie Dong, Samuel Shen, and Tim Chen take no position on Plaintiffs' motion.

Dated: December 19, 2025

Respectfully submitted,
**POMERANTZ LLP**

*/s/ Christopher P.T. Tourek*
Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
Jianan Jiang (*pro hac vice*)
10 South LaSalle, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Email: jbsilverman@pomlaw.com
        ctourek@pomlaw.com
        ajiang@pomlaw.com

-and-

Jeremy A. Lieberman
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Email: jalieberman@pomlaw.com

*Lead Counsel for Plaintiffs*

**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh
Rebecca Dawson
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com
        rdawson@glancylaw.com

*Additional Counsel for Plaintiffs*

**HAO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building
No. 1 Shuangliubei Street
100024 Beijing People's Republic of China
Telephone: +86 137-1805-2888

2

3

Email: jhao@haolaw.cn

***Additional Counsel for Wong Tan***

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 19, 2025, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

**POMERANTZ LLP**

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek

4