**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VNET GROUP, INC. SECURITIES LITIGATION | Case No. 1:23-cv-11187-DEH <br><br> **CLASS ACTION** <br><br> Honorable Dale E. Ho |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' WONG TAN AND MICHAEL SEMERAK MOTION FOR THE ISSUANCE OF LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

This matter having arisen upon motion by Lead Plaintiff Wong Tan ("Lead Plaintiff") and Additional Plaintiff, Michael Semerak (collectively, "Plaintiffs") for this Court to issue the Request for International Assistance – Letter of Request (the "Letter of Request") to the Central Authority of the Cayman Islands, and it appearing that the Letter of Request is appropriate.

IT IS ORDERED, that this Court shall issue the Letter of Request in the form attached as Exhibit A to the Declaration of Christopher Tourek, and affix the seal of the United States District Court for the Southern District of New York over its signature in the Letter of Request.

Dated: _____, 202__          By: _____
                                                United States District Judge