**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VNET GROUP, INC. SECURITIES LITIGATION | Case No. 1:23-cv-11187-DEH<br><br>**<u>CLASS ACTION</u>**<br><br>Honorable Dale E. Ho |

**DECLARATION OF CHRISTOPHER P. T. TOUREK IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR ISSUANCE OF A LETTER OF REQUEST**

I, Christopher P. T. Tourek, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and to the best of my knowledge and belief:

1.     I am a member of the bar in the State of Illinois, and have been admitted *pro hac vice* to appear in this Action. I am an Of Counsel with the law firm of Pomerantz LLP, counsel for Lead Plaintiff Wong Tan ("Lead Plaintiff") and Additional Plaintiff, Michael Semerak (collectively, "Plaintiffs") in the above-captioned litigation. I submit this declaration in support of Plaintiffs' Motion for Issuance of a Letter of Request For International Judicial Assistance to Bold Ally (Cayman) Limited, which possess documents and communications that are central to the factual issues of this Action.

2.     Attached as Exhibit A to this Declaration is Plaintiffs' proposed Request for International Assistance – Letter of Request (the "Letter of Request"). My understanding is that it conforms with all necessary formalities and requirements of Article 3 of the Hague Convention because the proposed letter of request specifies: (a) the authority requesting its execution and the

authority requested to execute it; (b) the names and addresses of the parties to the proceedings and their representatives; (c) the nature of the proceedings for which the evidence is required; and (d) the evidence to be obtained or other judicial act to be performed. *See Crouch v. Liberty Pride Corp.*, No. CV 15-974 (JS)(AYS), 2016 WL 4718431, at *3 (E.D.N.Y Sept. 9, 2016) (citing *Convention Adopted at the Eleventh Session of the Hague Conf. on Priv. Int'l L. Oct. 26, 1968*, T.I.A.S. No. 7444 (Oct. 7, 1972) (holding these factors necessary to satisfy the requirements of a letter of request under the Hague Convention).

3. Defendants VNET Group, Inc., Josh Sheng Chen, Jie Dong, Samuel Shen, and Tim Chen take no position on Plaintiffs' motion.

4. Upon the Court's issuance of the Letter of Request, Pomerantz LLP will transmit the original, signed Letter of Request to the Grand Court of the Cayman Islands.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 19, 2025.

By: __/s/ *Christopher P.T. Tourek*__ _____
Christopher P.T. Tourek

2