

**Christopher Tourek**
Of Counsel

February 12, 2026

**VIA ECF**
The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *In re VNET Group, Inc. Securities Litigation*, Case No. 1:23-cv-11187-DEH

Dear Judge Ho,

Pursuant to Rule 7 of the Court's Individual Rules and Practices in Civil Cases, Lead Plaintiff Wong Tan and Additional Plaintiff Michael Semerak and Defendants VNET Group, Inc., Josh Sheng Chen, Jie Dong, Samuel Shen, and Tim Chen (collectively, the "Parties") submit this joint letter in the above-referenced action to advise the Court that they have reached an agreement in principle to settle this litigation.

The Parties expect to fully document their settlement agreement within 45 days, and Plaintiffs will file a motion for preliminary approval within 5 days thereafter. We ask that the Court adjourn all currently-scheduled litigation deadlines and proceedings.

Respectfully submitted,

/s/  *Michael C. Griffin*                           /s/  *Christopher P.T. Tourek*

**SKADDEN, ARPS, SLATE,**                **POMERANTZ LLP**
**MEAGHER & FLOM LLP**                   Joshua B. Silverman
Scott D. Musoff                          Christopher P.T. Tourek
Robert A. Fumerton                       10 South LaSalle, Suite 3505
Michael C. Griffin                       Chicago, Illinois 60603
Thomas F. Allen                          Telephone: (312) 377-1181
One Manhattan West                       Email: jbsilverman@pomlaw.com
New York, New York 10001                         ctourek@pomlaw.com
Phone: (212) 735-3000
Facsimile: (212) 735-2000                Jeremy A. Lieberman
scott.musoff@skadden.com                 600 Third Avenue, 20th Floor
robert.fumerton@skadden.com              New York, New York 10016
michael.griffin@skadden.com              Telephone: (212) 661-1100

thomas.allen@skadden.com

*Counsel for Defendants VNET Group, Inc., Josh Sheng Chen, Jie Dong, Samuel Shen, and Tim Chen*

Email: jalieberman@pomlaw.com

*Lead Counsel*

**GLANCY PRONGAY WOLKE & ROTTER LLP**

Gregory B. Linkh
Rebecca Dawson
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com
        rdawson@glancylaw.com

*Additional Counsel for Plaintiffs*

**HAO LAW FIRM**

Junbo Hao
Room 3-401 No. 2 Building
No. 1 Shuangliubei Street
100024 Beijing People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Wong Tan*