UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Semerak, | |
| Plaintiffs, | 23-CV-11187 (DEH) |
| v. | **ORDER REGARDING SETTLEMENT** |
| VNET Group, Inc. et al, | |
| Defendants. | |

DALE E. HO, United States District Judge:

The Court having been advised at ECF No. 62 that all claims asserted herein have been settled in principle, it is ORDERED that any pending motions are moot, all conferences are canceled, and any deadlines are AJOURNED *sine die*.

The parties are ORDERED to file motion to approve the settlement on or before April 3, 2026. If the settlement is not consummated, the Parties are directed to inform the Court by that date.

SO ORDERED.

Dated: February 13, 2026
        New York, New York

_____
DALE E. HO
United States District Judge