UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE VNET GROUP, INC. SECURITIES LITIGATION

Case No. 1:23-cv-11187-DEH

**CLASS ACTION**

Hon. Dale E. Ho

**DECLARATION OF CHRISTOPHER P.T. TOUREK IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

1. I, Christopher P.T. Tourek, am an attorney licensed to practice in the State of Illinois, and am admitted *pro hac vice* in this Action. I am an attorney at the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

2. Attached hereto as Exhibit I is a true and correct copy of the Stipulation of Settlement executed on April 3, 2026. The stipulation includes the following attachments:

| | |
|---|---|
| Exhibit A | [Proposed] Preliminary Approval Order |
| Exhibit A-1 | Notice of Pendency of Class Action, Proposed Settlement, and Motion for Attorneys' Fees and Expenses |
| Exhibit A-2 | Proof of Claim and Release Form |
| Exhibit A-3 | Summary Notice of Pendency and Proposed Settlement of Class Action and Motion for Attorneys' Fees and Expenses |
| Exhibit A-4 | Postcard Notice |

Exhibit B [Proposed] Final Order and Judgment

I, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 3, 2026

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek

## CERTIFICATE OF SERVICE

On April 3, 2026, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek