

**Christopher Tourek**
Of Counsel

May 4, 2026

Via ECF

The Honorable Dale E. Ho
United States District Judge
40 Foley Square, Courtroom 905
New York, NY 10007

   Re: *In re VNET Group, Inc. Securities Litigation*, Case No. 1:23-cv-11187-DEH
     (S.D.N.Y.)

Dear Judge Ho,

   Lead Plaintiff Wong Tan and Additional Plaintiff Michael Semerak (collectively, "Plaintiffs") respectfully submit this letter updating the Court on Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (the "Motion"), filed on April 3, 2026. *See* ECF Nos. 64–66. Four weeks have passed since Plaintiffs filed their Motion, and in that time, no Class Member or other interested party has raised any objection or concern to the Motion or Plaintiffs' requested relief. Accordingly, as neither Defendants nor the Class oppose Plaintiffs' Motion, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion, set a Settlement fairness hearing, and establish remaining Settlement deadlines. Pursuant to Your Honor's Individual Practice Rules, a copy of the proposed Order was emailed to Chambers on April 3, 2026.

       Respectfully Submitted,

       */s/ Christopher P.T. Tourek*
       Christopher P.T. Tourek

       **POMERANTZ LLP**
       Joshua B. Silverman (*pro hac vice*)
       Christopher Tourek (*pro hac vice*)
       Jianan Jiang (*pro hac vice*)
       10 South LaSalle Street, Suite 3505
       Chicago, Illinois 60603
       Telephone: (312) 377-1181
       Facsimile: (312) 377-1184
       E-mail: jbsilverman@pomlaw.com
         ctourek@pomlaw.com
         ajiang@pomlaw.com

-and-

Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com

*Lead Counsel*

**GLANCY PRONGAY
WOLKE & ROTTER LLP**
Gregory B. Linkh
Rebecca Dawson
230 Park Ave, Suite 358
New York, New York 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com
      rdawson@glancylaw.com

*Counsel for Additional Plaintiff Michael Semerak*

**HAO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building
No. 1 Shuangliubei Street
100024 Beijing People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Wong Tan*

cc:     Counsel of record (via ECF)