**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE VNET GROUP, INC. SECURITIES LITIGATION | Case No. 1:23-cv-11187-DEH<br><br>**CLASS ACTION**<br><br>Hon. Dale E. Ho |

**PLAINTIFFS' NOTICE AND MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement, Plaintiffs respectfully request that the Court enter an Order:

1.  Granting final approval of the proposed Settlement;

2.  Approving the Plan of Allocation;

3.  Maintaining certification of the proposed Class for purposes of the Settlement; and

4.  Finding that the notice plan approved at the Preliminary Approval stage met all applicable requirements.

Plaintiffs have submitted a Proposed Order for the Court's convenience.

Dated: July 23, 2026

Respectfully submitted,

**POMERANTZ LLP**

/s/ Christopher P.T. Tourek

Joshua B. Silverman (*pro hac vice*)
Christopher P.T. Tourek (*pro hac vice*)
Jianan Jiang (*pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603

Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: jbsilverman@pomlaw.com
   ctourek@pomlaw.com
   ajiang@pomlaw.com


 *-and-*

Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com

***Lead Counsel and Proposed Class Counsel***


**GLANCY PRONGAY WOLKE & ROTTER LLP**
Gregory B. Linkh
Rebecca Dawson
745 Fifth Avenue, 5th Floor
New York, New York 10151
Telephone: (212)745-7400
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com
   rdawson@glancylaw.com


***Counsel for Additional Plaintiff Michael Semerak and Proposed Class Counsel***

**HAO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building
No. 1 Shuangliubei Street
100024 Beijing People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn


***Additional Counsel for Wong Tan***

2

**CERTIFICATE OF SERVICE**

On July 23, 2026, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek